AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALEXJANDRIA D.,

*Plaintiff*

v().

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2021

SEAN F. McAVOY, CLERK

Civil Action No.   1:20-CV-03030-JTR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 16, is GRANTED IN PART. Defendant's Motion for Summary Judgment, ECF No. 22, is DENIED. The matter is REMANDED to the Commissioner for additional proceedings consistent with this Court's Order at ECF 24. Judgment entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   John T. Rodgers   on motions for summary judgment.

Date:  March 2, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Pam Howard
*(By) Deputy Clerk*

Pam Howard